JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN BENEFIT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CARI MAGER-KAVINOKY, an individual and DOES 1 through 10, Inclusive,<br><br>Defendants.<br><br>CARI MAGER-KAVINOKY, an individual and DOES 1 through 10, Inclusive,<br><br>Counter-Claimant<br><br>v.<br><br>LINCOLN BENEFIT LIFE INSURANCE COMPANY,<br><br>Counter-Defendant. | Case No. CV16-2080 PA (GJSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES [54]** |

///

///

///

1     Pursuant to the Stipulation filed by the parties, it is hereby

2     ORDERED that this action, including the counter-claim and all causes of

3 action, is hereby dismissed with prejudice, with each party to bear its own fees and

4 costs.

6 DATED: June 22, 2017     _____

7                                UNITED STATES DISTRICT JUDTE